Eastern District of Kentucky
FILED
APR 0 6 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 07-61-KSF

UNITED STATES OF AMERICA　　　　　　　　　　　PLAINTIFF

V.　　　　ORDER FOR ISSUANCE OF SUMMONS

JOHN WILLIAM ROSE　　　　　　　　　　　　　DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, John William Rose, to APPEAR in United States District Court at Lexington, Kentucky, on __April 13__, 2007, at __9:00 a.m.__, and shall DIRECT the Defendant to contact the United States Probation Office in Lexington, Kentucky, at telephone number (859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this __6th__ day of __April__, 2007.

　　　　　　　　　　　　　　　　　　　　　_KSF_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies:　United States Marshal
　　　　　United States Probation
　　　　　Ron L. Walker Jr., Assistant United States Attorney