PROB 12C
(6/2012)

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky
**F I L E D**

AUG 0 7 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  John  William  Rose          Case Number:  5:07-CR-61-S-01

Name of Sentencing Judicial Officer:  Karl S. Forester, Senior United States District Judge

Date of Original Sentence:  11/2/2007

Original Offense:  Conspiracy to possess with intent to distribute marijuana and distribution of marijuana; and Conspiracy to conduct money laundering transactions.

Original Sentence:  120 month term of imprisonment on each count to run concurrently to be followed by a 10 year term of supervised release for each count to run concurrently.  Later, the sentence was reduced to a 60 month term of imprisonment on each count to run concurrently followed by a 10 year term of supervised release for each count to run concurrently

Type of Supervision:  Supervision          Date Supervision Commenced: 7/1/2011

Assistant U.S. Attorney:  Ron L. Walker, Jr.          Defense Attorney:   James Lowry, IV

---

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Condition | Nature of Noncompliance |
|---|---|---|
| 1 | Standard Condition #7 | Unlawful use of an illegal controlled substance |
| 2 | Condition of Supervision | Unlawful use and possession of and illegal controlled substance. |

Honorable Karl S. Forester
Senior United States District Judge

**August 5, 2013**
**Page 2**

RE: **Rose, John William**
    Dkt. # 5:07-CR-61-S-01
    <u>**PROB 12C**</u>

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

    ☒  revoked.

    ☐  extended for _____ years, for a total term of _____ years.

☒  The conditions of supervision should be modified as follows:

                I declare under penalty of perjury that the foregoing is true and correct.

                                   Executed on 8/5/2013

                                   Deana Kincer
                                   Senior U. S. Probation Officer

THE COURT ORDERS:

☐  No action.

☒  The issuance of a warrant.

☐  The issuance of a summons.

☐  Other

                                   _____
                                           Signature of Judicial Officer

                                   8/7/13
                                   _____
                                                            Date